**ALLEN & ASSOCIATES**
Adam Allen (TX State Bar No. 24031124)
*Pro Hac Vice*
Maysaa Anshasi (TX State Bar No. 24146456)
2777 Allen Parkway, Suite 1000
Houston, Texas 770019
Phone Number (832) 871-5920
Fax Number:  (281) 503-7671
Email:  adam@aallenlaw.com
           maysaa@aallenlaw.com

**PETER N. HADIARIS LAW**
Peter N. Hadiaris (State Bar No. 1226590)
100 E St., Suite 210
Santa Rosa, CA 95404

*Attorneys for Defendant Bumble Bee Botanicals*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAUN HACKETT, individually and on behalf of all others similarly situated,<br><br>　　　　　　　Plaintiff,<br><br>　vs.<br><br>LINDA KLINE, ANDREW GRAHAM, and BUMBLE BEE BOTANICALS, an unknown business entity,<br><br>　　　　　　　Defendants. | Case No.: 3:25-cv-03297-RFL<br><br>**DEFENDANT SKYNET INDUSTRIES, INC.'S MOTION TO DISMISS**<br><br>**DATE:**　September 30, 2025<br>**TIME:**　10:00 A.M.<br>**LOC:**　San Francisco, Courtroom 15, 18th floor<br><br>Judge:　Hon. Rita F. Lin<br><br>Action Filed: April 11, 2025 |

**SKYNET INDUSTRIES, INC.'S
MOTION TO DISMISS**

Defendant SkyNet Industries, Inc. moves to:

(1) Dismiss the complaint under FRCP 12(b)(6) because the complaint, and each cause of action, fails to state a claim for relief;

(2) Dismiss the complaint under FRCO 12(b)(1) for lack of subject matter jurisdiction; and

(3) Move to strike the allegations asserting a nationwide class action because the causes of action for which they are alleged do not support a nationwide class.

This motion is based on the accompanying memorandum of points and authorities and such other evidence as may come before the court.

Dated July 29, 2025

                    Respectfully submitted,

                    **ALLEN & ASSOCIATES**

                    By: /s/ Adam Allen
                    Adam Allen (TX State Bar No. 24031124)
                    Maysaa Anshasi (TX State Bar No. 24146456)
                    2777 Allen Parkway, Suite 1000
                    Houston, Texas 770019
                    Phone Number: (832) 871-5920
                    Fax Number:  (281) 503-7671
                    Email:   adam@aallenlaw.com
                                maysaa@aallenlaw.com

                    &

                    **PETER N. HADIARIS LAW**
                    Peter N. Hadiaris (State Bar No. 1226590)
                    100 E St., Suite 210
                    Santa Rosa, CA 95404
                    Phone Number: (415) 694-0052
                    Email: peter@hadiaris.com

                    *Attorneys for Defendant Bumble Bee Botanicals*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing Defendant Graham's Motion to Dismiss with the clerk of the court for the United States District Court for the Northern District of California by using the district court's CM/ECF system this 29th day of July 2025.

I certify that all the participants in the case are registered CM/ECF users and that the service will be accomplished by the court's CM/ECF system to all participants.

                                         /s/ Maysaa Anshasi
                                         Maysaa Anshasi