**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Luke W. Sironski-White (State Bar No. 348441)
Ryan B. Martin (State Bar No. 359876)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com
          lsironski@bursor.com
          rmartin@bursor.com

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAUN HACKETT, individually and on behalf of all others similarly situated,<br><br>                              Plaintiff,<br>     v.<br><br>SKYNET INDUSTRIES, INC. d/b/a BUMBLE BEE BOTANICALS,<br><br>                              Defendant. | Case No. 3:25-cv-03297-RFL<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FRCP 41(a)(1)(A)(ii)** |

Federal Rule of Civil Procedure 41(a)(1)(A)(ii) provides that a plaintiff may dismiss an action through a "stipulation of dismissal signed by all parties who have appeared."

WHEREAS, the Parties have met and conferred and come to a resolution of Plaintiff's claims;

NOW, THEREFORE, the Parties, by and through their undersigned counsel, stipulate as follows: Plaintiff Deshaun Hackett hereby dismisses his claims against Defendant Skynet Industries, Inc., without prejudice.

Dated:  December 4, 2025         **BURSOR & FISHER, P.A.**

By:   /s/ *Neal J. Deckant*
           Neal J. Deckant

Neal J. Deckant (State Bar No. 322946)
Luke W. Sironski-White (State Bar No. 348441)
Ryan B. Martin (State Bar No. 359876)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com
           lsironski@bursor.com
           rmartin@bursor.com

*Attorneys for Plaintiff*

**ALLEN & ASSOCIATES**

By:   */s/Adam Allen*
           Adam Allen

Adam Allen (TX State Bar No. 24031124)
Maysaa Anshasi (TX State Bar No. 24146456)
2777 Allen Parkway, Suite 1000
Houston, Texas 770019
Phone Number (832) 871-5920
Fax Number: (281) 503-7671
Email: adam@aallenlaw.com
maysaa@aallenlaw.com

*Attorneys for Defendant*

**LOCAL RULE 5-1 ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that each of the other signatories have concurred in the filing of this document.

By:   /s/ *Neal J. Deckant*
        Neal J. Deckant