**BURSOR & FISHER, P.A.**
Neal J. Deckant (State Bar No. 322946)
Luke W. Sironski-White (State Bar No. 348441)
Ryan B. Martin (State Bar No. 359876)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com
         lsironski@bursor.com
         rmartin@bursor.com

*Attorneys for Plaintiff*

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DESHAUN HACKETT, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>SKYNET INDUSTRIES, INC. d/b/a BUMBLE BEE BOTANICALS,<br><br>Defendant. | Case No. 3:25-cv-03297-RFL<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**<br><br>Judge: Hon. Edward J. Davila |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Federal Rule of Civil Procedure 41(a)(1)(A)(i) provides that "the plaintiff may dismiss an action without a court order by filing…a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, Deshaun Hackett hereby dismisses his claims against Skynet Industries, Inc. d/b/a Bumble Bee Botanicals, **with prejudice**.

Dated:  January 16, 2026           **BURSOR & FISHER, P.A**.

By:     /s/ *Neal J. Deckant*
         Neal J. Deckant

Neal J. Deckant (State Bar No. 322946)
Luke W. Sironski-White (State Bar No. 348441)
Ryan B. Martin (State Bar No. 359876)
1990 North California Blvd., 9th Floor
Walnut Creek, CA 94596
Telephone: (925) 300-4455
Facsimile: (925) 407-2700
E-mail: ndeckant@bursor.com
         lsironski@bursor.com
         rmartin@bursor.com

*Attorneys for Plaintiff*